# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1809

_____

| | | |
|---|---|---|
| Joseph Wm. Henry, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| W.J. Seely; Dave Filter; S. Larson; Lt. | * | of Minnesota. |
| Kelly; Charles B. Reed; J.D. Pfeifer; J. | * | |
| Mann; R.L. Stiff; Bob Mundt; Harrell | * | [UNPUBLISHED] |
| Watts; G.L. Hershberger; Kathleen | * | |
| Hawk, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  August 20, 2003

Filed:  August 25, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Joseph W. Henry appeals from the district court's[1] preservice dismissal of his civil action.  Having carefully reviewed the record, we conclude that

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

dismissal was proper as Mr. Henry failed to state a claim on any of the bases alleged in his complaint.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.